

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00758-CR

**IN RE** Robert **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

On October 25, 2019, relator filed a petition for writ of mandamus. Because we conclude this court lacks jurisdiction to issue a writ of mandamus against the district clerk, relator's petition is dismissed for lack of jurisdiction.

It is so **ORDERED** on November 13, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CR-10734, 2019-CR-10735, NM526505, 1990-CR-1294, styled *The State of Texas v. Robert Rodriguez*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.